# KM&M
KAUFF McGUIRE & MARGOLIS LLP

950 THIRD AVENUE · FOURTEENTH FLOOR
NEW YORK, N.Y. 10022

MARJORIE B. KULAK
DIRECT DIAL: (212) 909-0721
DIRECT FAX: (212) 909-3521
KULAK@KMM.COM

TELEPHONE (212) 644-1010
FACSIMILE (212) 644-1936

NEW YORK
LOS ANGELES
WWW.KMM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-30-12

April 27, 2012

**VIA FACSIMILE**

Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED: 4-30-12

/s/ Paul A. Crotty

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   *Castillo and Boonnak v. Time Warner Cable of New York City, a Division of Time Warner Entertainment Company, L.P.*
       09 Civ. 7644 (PAC)
       KM&M File No. 08319.0022

Dear Judge Crotty:

Our firm is counsel to Defendant Time Warner Cable of New York City, a Division of Time Warner Entertainment Company, L.P. ("Defendant") in the referenced action.

Our firm has retained TrialGraphix to provide courtroom presentation technology equipment in connection with the upcoming trial in the referenced matter, scheduled to commence on May 7, 2012. We are writing to respectfully request the Court's permission: (a) to use this technology at trial; and (b) for TrialGraphix to be allowed access through courthouse security, on the morning of May 4, 2012, to bring the equipment to court for set up prior to the trial. Upon completion of the trial, TrialGraphix technicians will also need permission to enter the courtroom to break down and remove the equipment. I have enclosed a description of: (a) the equipment TrialGraphix will provide; (b) the names of the TrialGraphix employees who may attend the setup; and (c) their vehicle information. We have offered to share use of the equipment with Plaintiffs' counsel. Plaintiffs' counsel has not expressed any interest in sharing this equipment, or any objection to Defendant's use of this equipment.

I have also enclosed a proposed Order which lists the individuals who, with the Court's permission, wish to bring laptops and/or Blackberrys into the courthouse through the duration of trial. This list includes Jason Young, a TrialGraphix

MEMO ENDORSED

4840-2100-5327.1



April 27, 2012
Page 2

Presentation Technology Consultant and Kevin Smith, Esq., Vice President & Chief Counsel, Labor, Time Warner Cable.

       Please contact us if you require additional information. Thank you for your consideration.

                              Respectfully submitted,

                              Marjorie B. Kulak

Enclosures

cc:    Orders and Judgments Clerk (via e-mail)
       Lee Nuwesra, Esq. (via facsimile)
       Anthony Henry Thomas Stephens, Esq. (via e-mail)

*Castillo and Boonnak v. Time Warner Cable of New York City,*
*a Division of Time Warner Entertainment Company, L.P.*
09 Civ. 7644 (PAC)

**Attachment to Defendant's Request for Permission for TrialGraphix Employees to Setup/Breakdown Equipment for the Trial in the Referenced Matter.**

**Courtroom Equipment:**
1 x High Lumen Projector
1 x Projector Stand with Skirt
1 x Projection Screen
1 x 4-Way VGA Switch
4 x Flat Panel Monitors
1 x 6-Way VGA Distribution Amplifier
1 x Speaker System
1 x Computer Technician Table
1 x VGA, Audio and Power Cables

VGA Wiring, Audio Wiring, Power strips, Extension Cords, Gaffers tape
3 - 4 boxes that contain various audiovisual and computer components.

**Relevant TrialGraphix Employees/Vehicle Information:**
*TrialGraphix Employees*:
Will Colon
Mingo Singleton
Luis Castillo
Jose Lopez

*Vehicle information:*
Color: White with Blue TrialGraphix logo on the side
Make:       Chevy
Model:      Astro Van
License Plates: 29166F (IL Plates) or 32690JS (NY Plates)

4816-5915-3679.1