**Kauff McGuire & Margolis LLP**
950 Third Avenue
Fourteenth Floor
New York, New York 10022
(212) 644-1010 (Tel)
(212) 644-1936 (Fax)

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN CASTILLO and RATAKIT BOONNAK,<br><br>                        Plaintiffs,<br><br>-against-<br><br>TIME WARNER CABLE OF NEW YORK CITY, A DIVISION OF TIME WARNER ENTERTAINMENT COMPANY, L.P.,<br><br>                        Defendant. | ECF CASE<br><br>Index No.  09-Civ.-7644 (PAC) |

### NOTICE OF DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law in Support of Defendant's Renewed Motion for Judgment as a Matter of Law and the Declaration of Kenneth A. Margolis, executed on June 15, 2012, and the exhibits annexed thereto, Defendant Time Warner Cable of New York City, a Division of Time Warner Entertainment Company, L.P. ("Defendant"), by its undersigned counsel, will move this Court, before the Honorable Paul A. Crotty, at the courthouse for the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, on a date to be set by the Court, for an Order granting judgment as a matter of law for Defendant with respect to the harassment claims of Plaintiff Juan Castillo under the New York City Human Rights Law, N.Y. City Admin. Code § 8-107, and for such other relief as the Court deems just and proper.

4851-4773-2751.1

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Court's May 16, 2012 Order, answering papers, if any, are to be served by July 13, 2012.

Dated:     New York, New York
           June 15, 2012

                                        Respectfully submitted,

                                        KAUFF McGUIRE & MARGOLIS LLP

                                          /s/ Kenneth A. Margolis
                                        Kenneth A. Margolis
                                        Michele A. Coyne
                                        Marjorie B. Kulak

                                        950 Third Avenue, Fourteenth Floor
                                        New York, New York  10022
                                        Telephone:  (212) 644-1010
                                        margolis@kmm.com
                                        coyne@kmm.com
                                        kulak@kmm.com
                                        Attorneys for Defendant

<u>To</u>:
Lee S. Nuwesra, Esq.
Law Offices of Lee Nuwesra
1623 Unionport Road
Suite 101
Bronx, NY 10462
(718) 942-4294
Email: lnuwesra@optonline.net
Attorneys for Plaintiffs

4851-4773-2751. 12