Law Offices Of
# LEE NUWESRA
1623 Unionport Road, Suite 101
Bronx, N.Y. 10462
TEL: (718) 942-429
*FAX: (718) 942-4295
*SERVICE BY FAX NOT ACCEPTED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-09-12
```

July 8, 2012

Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street, Suite 735
New York, N.Y. 10007

*Extension granted for 1 week to*
*7/19/2012*

**SO ORDERED:** 7-09-12

*[signature]*

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

**Via Fax # (212) 805-6304**

**Re: Castillo and Boonnak v. Time Warner Cable Of New York City,**
**A Division of Time Warner Entertainment Company, L.P.**
**09-Civ-7644 (PAC) (THK)**

Dear Judge Crotty:

As this Honorable Court is aware, the undersigned Solo Practitioner continues to represent Plaintiff Juan Castillo in the above referenced employment discrimination matter. As the Court is also aware, presently Plaintiff's response to Defendant's extensive 20 page post verdict motion, which raises a host of issues/defenses, is due on Thursday 7-12-2012. The purpose of this communication is to respectfully request a very brief extension of time, until and including 7-21-2012, in order to continue to effectively represent Mr. Castillo.

This request is necessary due to my practice/staffing issues and other family obligations that were not anticipated at the time Your Honor set Defendant's post verdict motion briefing schedule in mid-May, 2012. This is the first request regarding Defendant's pending motion. Moreover, this application will not prejudice Defendant, or affect any other scheduled dates.

MEMO ENDORSED

Defendant's Counsel does not consent to this request, taking issue with the undersigned's declination to reset the trial date, which was set by this Honorable Court on 1-30-2012, for 5-7-2012. As the Court is aware, I did not consent to same because of the availability of Plaintiff's witnesses, during the summer months; and because of Trial Co-Counsel, Mr. Stephens' summer military commitment as a United States Army National Guard Reserve Officer, who would not have been available and continues to be unavailable from May 21, 2012 through August 17, 2012.

Thank you for your attention to and consideration of this application.

Respectfully Submitted,

*Lee Nuwesra*

Lee Nuwesra, Esq.

LN: an
cc: Kenneth A. Margolis, Esq. (Via Facsimile)

2