# KM&M
KAUFF McGUIRE & MARGOLIS LLP

950 THIRD AVENUE   FOURTEENTH FLOOR
NEW YORK, NY 10022

KENNETH A. MARGOLIS
DIRECT DIAL  (212) 909-0705
DIRECT FAX   (212) 909-3505
MARGOLIS@KMM.COM

TELEPHONE (212) 644-1010
FACSIMILE (212) 644-1936

NEW YORK
LOS ANGELES
WWW.KMM.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-10-12
```

July 9, 2012

**VIA FACSIMILE**

Hon. Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:  7-10-12

/s/ Paul A. Crotty
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Re:   *Castillo and Boonnak v. Time Warner Cable of New York City, a Division of Time Warner Entertainment Company, L.P.*
      09 Civ. 7644 (PAC)
      KM&M File No. 08319.0022

Dear Judge Crotty:

We represent Defendant Time Warner Cable of New York City ("TWCNYC"). In light of the Court's Order extending Plaintiff's time to file his opposition to TWCNYC's motion for judgment as a matter of law, we are writing to clarify the deadline for TWCNYC to file its reply. Under the original briefing schedule, TWCNYC was scheduled to submit its reply two weeks after Plaintiff filed his opposition papers. Based on the new deadline of July 19, 2012 for Plaintiff to file his opposition, we are writing to confirm that TWCNYC's reply is now due to be filed on August 2, 2012.

Thank you for your attention to this matter.

Respectfully submitted,

Kenneth A. Margolis
Kenneth A. Margolis

cc:   Lee Nuwesra, Esq.

MEMO ENDORSED

4831-6594-5104.1