## **CERTIFICATE OF SERVICE**

      I, LEE NUWESRA, hereby certify that on July 19, 2012, I caused a true and correct copy of the foregoing PLAINTIFF JUAN CASTILLO'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW and DECLARATION OF LEE NUWESRA IN OPPOSITION TO DEFENDANT'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW, and ANNEXED EXHIBITS 1-3, for Plaintiff Juan Castillo, to be served via ECF, upon Counsel for Defendant Time Warner Cable of New York City, A Division of Time Warner Entertainment Company, L.P.

Dated: Bronx, New York
       July 22, 2012

                                                                             /s/ Lee Nuwesra
                                                                             Lee Nuwesra, Esq.